Submitted on record and appellant's brief July 2,
reversed and remanded for further proceedings July 13, 1981

LEAON ANDREWS,
*Appellant,*
*v.*
CUPP,
*Respondent.*

(No. 124,701, CA A20323)

630 P2d 924

Jay R. Jackson, Salem, filed the brief for appellant.

Christine L. Dickey, Assistant Attorney General, Salem, filed a confession of error for respondent.

Before Joseph, Chief Judge, Richardson, Presiding Judge, and Thornton, Judge.

PER CURIAM.

**PER CURIAM.**

Petitioner appeals an order dismissing his petition for post-conviction relief, contending he was denied a hearing as required by ORS 138.550(3). Defendant concedes the court erred; we agree.

Reversed and remanded for further proceedings.